UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA, : Criminal Number: 04-383 (JAP)
:
v. :
: O R D E R
:
TARIEK EDWARDS :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on the day   12th   of   NOVEMBER, 2010

ORDERED that Linda Foster, Esq., from the Office of the Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

S/Esther Salas
ESTHER SALAS, U.S. MAGISTRATE JUDGE